JWV/wgs: Aug. 2010

Grand Jury No.   1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | CASE NO._____ |
| ) | |
| **NATHAN PARKE BATEMAN** ) | |
| ) | |
| **and** ) | |
| ) | |
| **ROBERT ANDRE MORTON**, ) | |
| also known as ) | |
| "*Ram*" ) | |

**I N D I C T M E N T**

<u>**COUNT ONE**</u>: [18 U.S.C. §§ 2113(a) and (d)]

The Grand Jury charges:

That on or about the 21st day of May, 2010, in Shelby County, within the

Northern District of Alabama, the defendants,

**NATHAN PARKE BATEMAN**
and
**ROBERT ANDRE MORTON**,
also known as
"*Ram*,"

did, by force and violence and by intimidation, take and attempt to take from the person and presence of another money belonging to and in the care, custody, control, management, and possession of Regions Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and, in committing and attempting to commit said offense, did assault and put in jeopardy the life of another person by use of a dangerous weapon, that being, a Smith & Wesson .40 caliber pistol and a Smith & Wesson 9 mm pistol, in violation of Title 18, United States Code, Sections 2113(a) and (d).

**COUNT TWO**: [18 U.S.C. § 924(c)]

    The Grand Jury charges:

    That on or about the 21st day of May, 2010, in Shelby County, within the Northern District of Alabama, the defendant,

**NATHAN PARKE BATEMAN**,

did knowingly use and carry a firearm, that is, a Smith & Wesson .40 caliber pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Armed Bank Robbery, as alleged

in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c).

**COUNT THREE**: [18 U.S.C. § 924(c)]

The Grand Jury charges:

That on or about the 21st day of May, 2010, in Shelby County, within the Northern District of Alabama, the defendant,

**ROBERT ANDRE MORTON**,
also known as
"*Ram*,"

did knowingly use and carry a firearm, that is, a Smith & Wesson 9mm pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Armed Bank Robbery, as alleged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c).

**COUNT FOUR**: [18 U.S.C. § 922(g)(1)]

The Grand Jury charges:

That on or about the 21st day of May, 2010, in Shelby County, within the Northern District of Alabama, the defendant,

**NATHAN PARKE BATEMAN**,

after having been convicted on October 23, 2003, in the United States District Court for the Northern District of Alabama, of the offense of Making a False Statement in the Acquisition of a Firearm (four counts), in case no. CR-03-PT-234-S, the said offense being a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that being, a Smith & Wesson .40 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*/s/ Electronic Signature*
FOREMAN OF THE GRAND JURY

JOYCE WHITE VANCE
United States Attorney

*/s/ Electronic Signature*
WILLIAM G. SIMPSON
Assistant United States Attorney